IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN DATA EXCHANGE, LTD, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2863 |
| BADGER METER INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 20 ). The motion is granted. The initial pretrial and scheduling conference is reset to **February 24, 2012, at 9:00 a.m.** The joint discovery/case management plan is due by February 13, 2012.

SIGNED on December 8, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge